UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAMARCCUS J. WEBSTER,

    Petitioner,

v.                                                    CASE NO.  3:20cv5727-MCR/MJF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 29, 2021. ECF No. 15. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of those portions to which an objection was made.

    Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this Order.

2.  Respondent's motion to dismiss, ECF No. 10, is **GRANTED**.

3.  The amended petition for writ of habeas corpus, ECF No. 7, challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Kamarccus Jaleel Webster*, Escambia County Circuit Court Case No. 2014-CF-00909, is **DISMISSED WITH PREJUDICE** as time barred.

4.  A certificate of appealability is **DENIED**.

5.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of April 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**